JOHN ARZOUIAN et al., Respondents, v. E. FORREST LAMONT et al., Defendants, and MILTON GOLDBERGER, as Trustee, Appellant.—

Crapser, Bliss, Heffernan and Foster, JJ., concur; Hill, P. J., dissents.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN WILLIAMS, Appellant, against VERNON A. MORHOUS, as Warden of Great Meadow Prison, Respondent.

Order affirmed, without costs. Crapser, Bliss, Schenck and Foster, JJ., concur; Hill, P. J., dissents.

EAGLE NEST CORPORATION, Appellant, v. CHARLES S. CARROLL et al., Individually and Constituting the Town Board of the Town of Indian Lake, Hamilton County, New York, et al., Respondents.—

Hill, P. J., Heffernan, Schenck and Foster, JJ., concur; Crapser, J., dissents. The plaintiff's first cause of action is framed in equity and does not state facts sufficient to constitute a cause of action because it does not show that the plaintiff has such a separate individual or peculiar interest and injury as would justify such an action. (*Roosevelt* v. *Draper*, 23 N. Y. 318; *Demarest* v. *Wickham*, 63 N. Y. 320; *Doolittle* v. *Supervisors*, 18 N. Y. 155; *Altschul* v. *Ludwig*, 216 N. Y. 459.) [179 Misc. 99.]